**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAURA BYNUM, et al.,<br><br>　　　　Defendants. | No. 2:20-CV-2481-TLN-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2. Plaintiff's complaint, and service thereof by the United States Marshal if appropriate, will be addressed separately. The Clerk of the Court shall not issue summons or set this matter for an initial scheduling conference unless specifically directed by the court to do so.

Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Plaintiff is unable to prepay fees and costs or give security therefor. Plaintiff's motion for leave to proceed in forma pauperis is, therefore, granted.

　　　　IT IS SO ORDERED.

Dated: December 30, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE