1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KIMBERLY R. OLSON,                    No. 2:20–cv–2481–TLN–KJN PS

12              Plaintiff,                  ORDER

13        v.

14   LAURA BYNUM, et al.,

15              Defendants

16

17

18          Plaintiff, proceeding without counsel and in forma pauperis, filed this civil rights action

19   against the Siskiyou County Clerk-Registrar of Voters, Laura Bynum, and against the president of

20   the board of her local water district, Robert Puckett, Sr. on December 16, 2020.  (ECF No. 1.)  On

21   June 7, 2022, this court issued an order staying this case pending the resolution by the state court

22   of two questions of state law.  (ECF No. 43 at 22.)  The court ordered the parties to 1) submit a

23   joint status report every six months, beginning on December 1, 2022, and 2) file a notice within

24   seven days of any state court ruling on the state-law questions, attaching any relevant decision(s)

25   and indicating whether the instant proceedings should recommence.  (Id.)

26          The parties submitted a joint status report on January 4, 2023, indicating that the state

27   court proceedings remained pending.  (ECF No. 44.)  Per the court's order, the parties were to

28   submit a joint status report with the court within six months, i.e., by on July 6, 2023.  (See ECF

1

1  No. 43 at 22.)  However, that date has now passed, and the parties have not submitted a joint

2  status report.  Accordingly, the court hereby orders the parties to submit a joint status report

3  within seven days of this order.

4           IT IS SO ORDERED.

5  Dated:  August 9, 2023

6

7                                                              _____
   KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

8  olso.2481

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28