**KIMBERLY R. OLSON**
P.O. Box 243
Hornbrook, CA 96044
Plaintiff in Pro Per

**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI, SBN: 131192
J. SCOTT DONALD, SBN: 158338
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendant
LAURA BYNUM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>LAURA BYNUM, ROBERT WINSTON, ROBERT PUCKETT, SR.; and, JOHN DOES 1-10,<br><br>  Defendants. | Case No.: 2:20-cv-2481-TLN-KJN (PS)<br><br>**JOINT STATUS REPORT**<br><br>Judge:   Hon. Kendall J. Newman<br><br>Complaint Filed: December 16, 2020<br>Trial Date:  TBD |

Pursuant to the court's order staying these proceedings dated June 7, 2022, the parties provide the following Joint Status Report.

Plaintiff Kimberly Olson's ("Olson") appeal from an order denying her Special Motion to Strike (C.C.P. § 425) is pending in the Court of Appeal in the State of California for the Third Appellate District, Appellate Case No: C095590, Siskiyou County Case No: SCCVPT 2019-1537.

Plaintiff Olson filed her opening brief on August 8, 2022. Respondent Laura Bynum filed her opening brief on November 16, 2022. Plaintiff Olson then requested an extension of 60 days in which to file a reply brief. This extension was granted, but due to a scrivener's error on the

extension request, the reply brief was due on January 4, 2023, an extension of only 23 days.  A notice of errata was filed in an effort to correct that situation.

The pertinent history of the above-referenced Siskiyou County case that is now on appeal is as follows:

1. Olson filed a declaration of candidacy for a local Board on November 14, 2019 with the Siskiyou County Elections Clerk, and Defendant herein, Laura Bynum ("Bynum").  The day after that filing, on November 15, 2019, Bynum placed Olson's name on the Clerk's website on the list of candidates as an active candidate for the position of Director of the Hornbrook Community Services District.

2. On December 18, 2019, Olson was notified by Bynum that Bynum had decided, Olson was not qualified for public office, and that Bynum would be terminating Olson's candidacy that same day.

3. Olson was displeased with Bynum's unilateral action, taken absent any notice or hearing, so she immediately responded in writing to Bynum, and threatened legal action.

4. Bynum apparently suffered some "buyer's remorse" in the face of Olson's accusations, and so filed a "Verified Petition for Writ of Mandamus" ("Petition") a few days later, on December 23, 2019.  The Petition sought retroactive orders, declaratory relief, determinations of law, and mandamus  - all relating to, duplicating, or affirming the actions Bynum had taken in relation to Olson, and/or Olson's candidacy.

5. Acting on the belief that her federal constitutional rights had been violated by Bynum, Olson removed the Petition to the US District Court for the Eastern District of California ("USDC") on January 23, 2020, where it was assigned case #2:20-cv-0150-TLN-DMC.   When the removal completed, the Superior Court ordered that if any return occurred, the case could be brought back onto the calendar by Bynum's filing of a "noticed motion".

6. After the case was removed, Olson filed a Motion to Dismiss the Petition in the USDC on February 10, 2020.   Rather than oppose that Motion, Bynum filed a "Notice of Voluntary Dismissal" pursuant to Federal Rules of Civil Procedure ("FRCP"), Rule 41(a)(1)(A)(i) on February 20, 2020, and which appears on the USDC's Docket as ECF #5.

1       7. However, the Clerk of that Court failed to close the file upon the filing of the Notice of Voluntary Dismissal[1], and the next day (February 21, 2020) filed in a "*sua sponte* remand order" purporting to dispose of Olson's (by then no longer pending) Motion to Dismiss.

      8. After filing the Voluntarily Dismissal of February 20, 2020, Bynum took no further action in the case before the Superior Court, until that court issued a *sua sponte* order on January 4, 2021 stating that it was reactivating the matter, and setting a hearing date for February 4, 2021.

      9. On February 4, 2021, Bynum's Counsel appeared before the Superior Court to argue that the matter should proceed in that court because the Voluntary Dismissal filed on February 20, 2020 had been superseded by the "*sua sponte* remand order" filed as ECF #6 on February 21, 2020, due to the *sua sponte* order having been <u>signed</u> on February 18, 2020 - three days prior to its actual filing and recordation onto the docket. Counsel also referred to the Voluntary Dismissal as an "attempted" and "unsuccessful" dismissal that had been rejected and refused by the USDC's Clerk. Based upon Counsel's representations, the Superior Court ordered a briefing schedule set for February 25, 2021, and for the Petition to be amended.

      10. On February 18, 2021 Olson filed a Motion to Quash purported service upon her of the Petition. Bynum filed her Opposition to the Motion to Quash on March 9, 2021. The Superior Court denied Olson's motion on March 18, 2021 and set a further conference date of May 27, 2021. By the time of the conference, Bynum had not yet amended the Petition, and so the Superior Court extended the deadline for Bynum to do so until August 26, 2021.

      11. On August 25, 2021, Bynum filed her First Amended Verified Petition for Writ of Mandamus and Complaint for Declaratory Relief ("FAP").

      12. In response to the FAP, Olson filed another Motion to Quash on September 23, 2021. The motion was opposed by Bynum on October 7, 2021. Olson filed her Reply to Bynum's Opposition on October 12, 2021. This motion was denied by the trial court on

---

[1] See *Commercial Space Mgm't Co., Inc. v. The Boeing Co., Inc.*, 193 F.3d 1074, 1078 (9th Cir. 1999) ("it is beyond debate that a dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendants can't complain, and the district court lacks jurisdiction to do anything about it.")

1  October 21, 2021, and Olson was ordered to respond to the FAP within 20 days.

2      13.  In conformance with the Order of the Superior Court, Olson filed her Anti-SLAPP motion on October 25, 2021.

4      14.  On November 17, 2021, Bynum filed her Opposition to Olson's Anti-SLAPP motion.

5      15.  On December 2, 2021, the Siskiyou County Superior Court denied Olson's Anti-SLAPP motion.

7      16.  On December 13, 2021, Olson filed a Demurrer to Bynum's FAP.

8      17.  On January 13, 2022, Bynum filed her Opposition to Olson's Demurrer.

9      18.  On January 18, 2022, Olson filed a Reply to Bynum's Opposition to her Demurrer.

10     19.  On January 21, 2022, Olson filed her Notice of Appeal to the Third District Court of Appeals of the trial court's denial of Olson's Anti-SLAPP motion.  Doing so stayed the trial court proceedings until the appeal is resolved.

    Proceedings herein should remain stayed until such time as the Third District Court of Appeal issues its opinion concerning Olson's Anti-SLAPP motion. The Parties respectfully suggest that another status report be filed with the Court every 180 days until that occurs, and/or 90 days upon the appeal being decided by the Third District.

                                  Respectfully submitted,

Dated: August 16, 2023            By:_____
                                            KIMBERLY R. OLSON
                                            Plaintiff in Pro Per

Dated:  August 16, 2023           SPINELLI, DONALD & NOTT

                                       By:___*/s/ J. Scott Donald*_____
                                            DOMENIC D. SPINELLI
                                            J. SCOTT DONALD
                                            Attorneys for Defendant
                                            LAURA BYNUM

**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI, SBN: 131192
J. SCOTT DONALD, SBN: 158338
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone:  (916) 448-7888
Facsimile:   (916) 448-6888

Attorneys for Defendant
LAURA BYNUM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>     Plaintiff,<br><br>    vs.<br><br>LAURA BYNUM, ROBERT WINSTON, ROBERT PUCKETT, SR.; and, JOHN DOES 1-10,<br><br>     Defendants. | Case No.:  2:20-cv-2481-TLN-KJN (PS)<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| COURT: | United State District Court, Eastern District of California |
| CASE NO.: | 2:20-cv-2481-TLN-KJN (PS) |
| CASE NAME: | *Kimberly R. Olson v. Laura Bynum, et al.* |

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 601 University Avenue, Suite 225, Sacramento, CA 95825. I am over the age of 18 and not a party to the above-entitled action.

I am readily familiar with Spinelli, Donald & Nott's practice for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business. (CCP Section 1013a(3) or Fed.R.Civ.P.5(a) and 4.1.)

On the date indicated below, I caused the within **JOINT STATUS REPORT**, the original of which was produced on recycled paper, to be served via:

☒ MAIL--
Placed in the United States Mail at Sacramento, California in an envelope with postage thereon fully prepaid addressed as follows:

> Kimberly R. Olson
> P.O. Box 243
> Hornbrook, CA 96044

☐ ECF ELECTRONIC TRANSMISSION--
By CM/ECF for parties that are CM/ECF participants. Service is being made electronically on those parties on the above list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 16, 2023, Sacramento, California.

*/s/ Suzy Michaud*
Suzy Michaud