UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | Case No. 2:20-cv-02481 TLN CSK (PS) |
| Plaintiff, | ORDER |
| v. | |
| LAURA BYNUM, et al., | |
| Defendants. | |

On June 7, 2022, the Court stayed this action pending the state court's determination of two questions of state law. (ECF No. 43.) The parties were ordered to file joint status reports every six months beginning on December 1, 2022 and file a notice within seven (7) days of any state court ruling on the state law questions. (*Id.*) On January 4, 2023, the parties filed a joint status report informing the Court the state court proceedings remained pending. (ECF No. 44.) Because a timely status report was not subsequently filed, on August 9, 2023, the Court issued an order directing the parties to submit a joint status report within seven (7) days. (ECF No. 46.) On August 16, 2023, Parties filed a joint status report informing the Court the state court proceedings remained pending. (ECF Nos. 47, 48.)

It has been over eight months since the parties' last joint status report. Accordingly, the Court hereby orders the parties to submit a joint status report as to the

status of the state court proceedings within seven (7) days from the date of this order and orders the parties to timely submit joint status reports every six months.

IT IS SO ORDERED.

Dated: May 6, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, olso2481.20